IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PEPSICO, INC.,<br><br>    Defendant. | C.A. No. 11-1244-RGA |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**

Plaintiff Round Rock Research, LLC ("Round Rock") and Defendant PepsiCo, Inc. ("Pepsi") hereby stipulate, subject to the approval of the Court, that the time for Pepsi to answer, move, or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended to and including February 6, 2012.

Dated: December 27, 2011

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorney for Plaintiff*
*Round Rock Research, LLC*

/s/ Eric J. Klein
Eric J. Klein (Texas State Bar No. 24041258)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343
eklein@akingump.com

*Attorney for Defendant*
*PepsiCo, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 201__.

_____
United States District Court Judge